IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br>Rey Omar Pagán-Hernández [1],<br><br>Defendants. | **Criminal No. 21-034(GMM)** |

**ORDER**

On November 30, 2023, a Rule 11 proceeding was held before Magistrate Judge Giselle López-Soler. The Report and Recommendation issued by the Magistrate Judge and filed at Docket No. 101 on defendant's change of plea hearing, to which no opposition has been filed, has been considered *de novo* and **APPROVED**.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to Counts One and Two of the Superseding Indictment is accepted.

A Sentencing Hearing is set for **March 1, 2024 at 10:00 a.m. in Old San Juan Courthouse.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, December 15, 2023.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE
